464 A.2d 521

Commonwealth v. Romanoff, Appellant.

Submitted January 19, 1983. Marsha Neifield, Assistant Public Defender, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

464 A.2d 522

Commonwealth v. Stewart, Appellant.

Petition for Allowance of Appeal
Denied Nov. 16, 1983.

Submitted January 19, 1983. Charles P. Mirarchi, III, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.